Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

OvernightMail
220 Northpointe Parkway
Suite G
Amherst, NY 14228



**STEVEN J. BAUM, P.C.**
ATTORNEYS AT LAW

Phone Number
716-204-2400

Fax Number
716-204-4600
Not for Service
Web Site
WWW.MBAUM.COM

March 31, 2010

JOSHUA N. BLEICHMAN, ESQ.
Bleichman & Klein
268 Route 59
Spring Valley, NY 10977

Re: RICHARD GRIFFIN, DESMARIE GRIFFIN
Case No. 10-22431
Loan No. 5822

Dear JOSHUA N. BLEICHMAN, ESQ.:

Our office represents American Home Mortgage Servicing, Inc. in the above-mentioned matter. We are in receipt of the Debtor's loss mitigation request. Please be advised that the loss mitigation contact for American Home Mortgage Servicing, Inc. is:

Ryan Bickerton
4875 Belfort Road Suite 130
Jacksonville FL, 32256
Email: Ryan.Bickerton@ahmsi3.com

If you have any questions, please feel free to call.

Very truly yours,

STEVEN J. BAUM, P.C.

By: Marc D. Hess, Esq.

The law firm of Steven J. Baum, P.C. and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

cc:
RICHARD GRIFFIN
DESMARIE GRIFFIN