DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――

In Re:

    RICHARD GRIFFIN and
    DESMARIE GRIFFIN,

                    Debtors.

―――――――――――――――――――――――――

**STIPULATION AND ORDER**

Case No. 10-22431-RDD
(Chapter 13)

    WHEREAS, the debtors, Richard Griffin and Desmarie Griffin, filed a Chapter 13 bankruptcy case on March 10, 2010.

    WHEREAS, Ford Motor Credit Company LLC, is the holder of a properly perfected first-in-right purchase money security interest in one (1) 2006 Lincoln Navigator (V.I.N. 5LMFU28576LJ26849) owned by and upon information and belief, in the possession and control of the debtors.

    WHEREAS, on or about May 7, 2010, debtors' filed a Motion for Objection to Claim and to Reclassify Claim as Unsecured.

    WHEREAS, on or about May 27, 2010, Ford Motor Credit Company LLC filed a Response to debtors' Motion for Objection to Claim and to Reclassify Claim as Unsecured.

    WHEREAS, a hearing is scheduled for November 24, 2010 at 10:00 a.m. before the Honorable Robert D. Drain in White Plains, New York.

    WHEREAS, the parties have agreed to enter into a Stipulation.

    NOW, upon all pleadings and proceedings heretofore had herein, and the parties having stipulated to the following:

1. That the debtors shall file an Amended Chapter 13 Plan within thirty (30) days to include that the secured claim of Ford Motor Credit Company LLC shall be paid in the amount of $20,000.00 together with 5.5% interest thereon through the debtors' plan, by the Chapter 13 Trustee.

2. That in the event the debtors' fail to file an Amended Chapter 13 Plan, as stated above, then the automatic stay will be terminated upon the filing of a Certificate of Non-Compliance upon notice to debtors and counsel for debtors and upon the submission and entry of an order.

DATED: Albany, New York
        October 25, 2010

Yours, etc.

/s/ Martin A. Mooney
Martin A. Mooney, Esq.
DEILY, MOONEY & GLASTETTER, LLP
Attorneys for Ford Motor Credit Company, LLC
Office and P.O. Address:
8 Thurlow Terrace
Albany, NY 12203
Tel: (518) 436-0344


DATED: October 21, 2010

/s/ Joshua N. Bleichman
Joshua N. Bleichman, Esq.
Attorney for Debtors
Bleichman & Klein
268 Route 59
Spring Valley, NY 10977
Tel: (845) 425-2510

**SO ORDERED**:
DATED:    October 29, 2010
              White Plains, New York

/s/Robert D. Drain
Hon. Robert D. Drain
U.S. Bankruptcy Court Judge
Southern District of New York

10.03513